**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6031

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARK ANTHONY JAMES, a/k/a Shoffer, a/k/a Shoff Dog,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:14-cr-00604-JFA-9)

Submitted: April 18, 2024                                Decided: April 22, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Anthony James, Appellant Pro Se. Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony James appeals the district court's order denying his motion for a certificate of appealability.  We have reviewed the record and find no reversible error. James' motion presented arguments challenging the district court's previous denials of his motion for compassionate release and motion for reconsideration.  Because the orders denying James' compassionate release and reconsideration motions are not orders denying relief on a habeas petition or a 28 U.S.C. § 2255 motion to vacate-for which the issuance of a certificate of appealability would be needed to appeal, *see* 28 U.S.C. § 2253(c)(1)-James is not entitled to the issuance of a certificate of appealability. Accordingly, we affirm the district court's order.  *United States v. James*, No. 3:14-cr-00604-JFA-9 (D.S.C. Dec. 1, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*